# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00143-CV

## In the Interest of A. T. H.

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 03-2039-FC1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gregory Lee Harrison has filed a motion to dismiss his appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed:   May 24, 2006